ORIGINAL

FILED

07/09/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0361

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0361

SUTEY OIL COMPANY, INC.,

Plaintiff and Appellee,

v.

MONROE'S HIGH COUNTRY TRAVEL
PLAZA, LLC, a Montana Limited liability
company; and MARVIN MONROE,

Defendants and Appellants.

ORDER

FILED

JUL 09 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Through counsel, Appellee Sutey Oil Company, Inc., has moved to dismiss this appeal on the basis that it is an appeal taken from an order that is not a final order and therefore this matter is not appealable at this time.

Responding in opposition, Appellants Monroe's High Country Travel Plaza, LLC, and Marvin Monroe (collectively, "Monroe") agree that "[t]his appeal is interlocutory in nature" and cite M. R. App. 4(1)(b) as the basis for appeal "because the District Court has erred" in the orders Monroe seeks to appeal. Rule 4(1)(b), however, simply defines "interlocutory judgment" as an "order or decree that determines a preliminary or subordinate question or issue and which enables the court to render a final judgment but does not finally decide the cause." Such orders, with some exceptions not applicable here, are not appealable. M. R. App. P. 6(5)(f).

In its May 8, 2024 order, the District Court denied Monroe's motion for sanctions and its M. R. Civ. P. 60(a) motion for relief. The order concluded, "Final judgment may issue accordingly." No judgment was entered before Monroe filed the notice of appeal. Sutey Oil points out that neither party requested that the court calculate damages or issue a final judgment setting forth the actual amount of ostensible monetary damages. Until the District Court enters its judgment, this appeal thus is not appropriately before the Court.

IT IS THEREFORE ORDERED that this appeal is DISMISSED WITHOUT PREJUDICE. The case is REMANDED to the District Court for further proceedings.

The Clerk is directed to provide copies of this Order to all counsel of record.

Dated this ___9th___ day of July, 2024.

_____
Chief Justice

_____

_____

_____

_____
Justices

2